

FILED
FEB 22 2017

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LARRY WENTHOLD,<br><br>Defendant. | CR 17-50030<br><br><u>REDACTED INDICTMENT</u><br><br>Threatening Communications<br>(18 U.S.C. § 875(c))<br><br>Stalking<br>(18 U.S.C. §§ 2261A(2), 2261(b)(5), (6))<br><br>Repeated Telephone Calls<br>(47 U.S.C. § 223(a)(1)(D)) |

The Grand Jury charges:

COUNT I

On or about between April 7, 2016, and April 27, 2016, in the District of South Dakota and elsewhere, the defendant, Larry Wenthold, did transmit in interstate communications text messages to Cara Thompson, which text messages contained threats to injure the person of Cara Thompson and others, that is, threats to kill Cara Thompson and others, all in violation of 18 U.S.C. § 875(c).

COUNT II

On or about between April 7, 2016, and April 27, 2016, in the District of South Dakota and elsewhere, the defendant, Larry Wenthold, did transmit in interstate communications text messages to Angela Thompson, which text messages contained threats to injure the person of Angela Thompson and others,

that is, threats to kill Angela Thompson and others, all in violation of 18 U.S.C. § 875(c).

## COUNT III

On or about between April 7, 2016, and April 27, 2016, in the District of South Dakota and elsewhere, the defendant, Larry Wenthold, did transmit in interstate communications text messages to Joan Thompson, which text messages contained threats to injure the person of Joan Thompson and others, that is, threats to kill Joan Thompson and others, all in violation of 18 U.S.C. § 875(c).

## COUNT IV

On or about between March 22, 2016, and April 26, 2016, in the District of South Dakota and elsewhere, the defendant, Larry Wenthold, with the intent to harass and intimidate Cara Thompson, used facilities of interstate commerce, cellular phones, to engage in a course of conduct that placed Cara Thompson in reasonable fear of death or serious bodily injury to herself and her immediate family members, and caused substantial emotional distress to Cara Thompson. This conduct was committed in violation of 18 U.S.C. § 2261A(2), and in violation of a current protective order for Cara Thompson against the defendant, issued by the State of South Dakota, all in violation of 18 U.S.C. §§ 2261(b)(5) and (6).

## COUNT V

On or about between March 22, 2016, and April 26, 2016, in the District of South Dakota and elsewhere, the defendant, Larry Wenthold, with the intent to harass and intimidate Angela Thompson, used facilities of interstate commerce, cellular phones, to engage in a course of conduct that placed Angela

Thompson in reasonable fear of the death or serious bodily injury to herself and her immediate family members, and caused substantial emotional distress to Angela Thompson, all in violation of 18 U.S.C. §§ 2261A(2) and 2261(b)(5).

## COUNT VI

On or about between March 22, 2016, and April 26, 2016, in the District of South Dakota and elsewhere, the defendant, Larry Wenthold, with the intent to harass and intimidate Joan Thompson, used facilities of interstate commerce, cellular phones, to engage in a course of conduct that placed Joan Thompson in reasonable fear of death or serious bodily injury to herself and her immediate family members, and caused substantial emotional distress to Joan Thompson, all in violation of 18 U.S.C. §§ 2261A(2) and 2261(b)(5).

## COUNT VII

On or about between March 22, 2016, and April 26, 2016, in the District of South Dakota and elsewhere, the defendant, Larry Wenthold, in interstate communications, made or caused the telephone of Cara Thompson to repeatedly and continuously ring within the District of South Dakota, with intent to harass a person at the called number, all in violation of 47 U.S.C. § 223(a)(1)(D).

A TRUE BILL:

**NAME REDACTED**

Foreperson

RANDOLPH J. SEILER
United States Attorney

By: [signature]